Eric S. Blum (SBN#162505)
Corporate Counsel
Office of the General Counsel
3333 Fairview Road, A451
Costa Mesa, California 92626
Telephone: (714) 885-1316
Facsimile: (714) 885-1307
E-mail: Blum.Eric@aaa-calif.com

Attorneys for Defendant
AUTOMOBILE CLUB OF SOUTHERN
CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN BEAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, and DOES 1 through 30, Inclusive,<br><br>          Defendants. | Case No. **'19 CV 0299 MMA AGS**<br><br>Assigned to:   Hon.<br>Dept.:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>Complaint filed:  December 31, 2018 |

**TO THE CLERK OF THE COURT:**

   **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §1441, et seq.,

Defendant, Automobile Club of Southern California ("Auto Club") hereby files this

Notice of Removal of the above-captioned action to this United States District Court

and states as follows:

1.     Auto Club is the only named defendant in Case number ESC000494 filed by Plaintiff, Darren Bean, in the Small Claims division of the Imperial County Superior Court (the "State Court Action").

2.     The Plaintiff's Claim and Order in connection with the State Court Action was filed with the Clerk of the Imperial County Superior Court on December 31, 2018.

3.     This Notice of Removal ("Notice") is being filed with the United States District Court within 30 days after Auto Club was served with a copy of the Plaintiff's Claim and Order in the State Court Action.  The Plaintiff's Claim and Order sets forth the basis and statutory authority on which the Plaintiff seeks relief.

4.     This United States District Court is the proper district court for removal because the State Court Action is pending within this district.

5.     Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served upon Auto Club in the State Court Action is attached as Exhibit A to this Notice.  The attached document is the only pleading currently on file in the State Court Action.

6.     Auto Club is a non-profit mutual benefit corporation which provides services to its members including roadside assistance through the use of a network of independent service providers.  Auto Club members also are eligible to purchase insurance products offered through the Interinsurance Exchange of the Automobile Club ("Exchange"), a reciprocal exchange affiliated with Auto Club.  Membership

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441

1   in Auto Club is required in order for members to purchase insurance through the

2   Exchange.

3
4          7.      The claims for relief against Auto Club alleged in the State Court

5   Action arise under the Telephone Consumer Protection Act (42 U.S.C. §227, *et*

6   *seq.*); thus, this court has original subject matter jurisdiction over the above-

7   referenced matter pursuant to 28 U.S.C. §1331 and 42 U.S.C. §227.  The above-
8
9   captioned action may properly be removed to this United States District Court

10  pursuant to 28 U.S.C. §1441(a).

11
12         8.      This court also has supplemental jurisdiction of the Plaintiff's state law

13  claim arising under California Business and Professions Code section 17529, *et seq.*

14  because the state law claims are expressly authorized by the applicable federal

15  statute (42 U.S.C. §227(f)) and are so related to Plaintiff's federal question claims
16
17  that they form part of the same case or controversy pursuant to 28 U.S.C. §1367(a).

18         9.      Promptly after the filing of this Notice of Removal, Auto Club will
19
20  provide notice of the removal to Plaintiff in the State Court Action, and shall file a

21  copy of this Notice with the Clerk of the Court in the State Court Action as required

22  by 28 U.S.C. §1446(d).

23

24  Dated:  February 8, 2019                      Respectfully submitted,
                                                  AUTOMOBILE CLUB OF SOUTHERN
25                                                CALIFORNIA

26
27                                                By:  ___/s Eric S. Blum_____
                                                       Eric S. Blum
28                                                     Corporate Counsel

# Exhibit A

*1/10/19 12pm P.K.Of*



**Plaintiff's Claim and ORDER to Go to Small Claims Court**

*Clerk stamps date here when form is filed.*

ENDORSED
DEC 31 2018
SUPERIOR COURT
COUNTY OF IMPERIAL
MARIA RHINEHART, CLERK
BY LYDIA ANTUNEZ, DEPUTY

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of Imperial

939 Main St., El Centro, CA

*Court fills in case number when form is filed.*

Case Number: ESC 000494

Case Name: Bean vs ACSC, et al

---

**Order to Go to Court**

The people in ① and ② must go to court: *(Clerk fills out section below.)*

Assigned for all purpose to Judge including trial
MICHAEL DOMENZAIN

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| | 1. 2-28-19 | 9:00am | Viciry Plaza, 1625 W. Main St, El Centro, CA | |
| | 2. | | | |
| | 3. | | | |

Date: 12-31-2018    Maria Rhinehart Clerk, by    LYDIA ANTUNEZ, Deputy

## Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form.
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
→

EXHIBIT A

Plaintiff *(list names):*
Darren Bean

| Case Number: |
| --- |

**(1)** **The plaintiff (the person, business, or public entity that is suing) is:**

Name: Darren Bean _____   Phone: 520 204 0825

Street address:  1770 W Olive Apt 8 _____   El Centro _____  CA ____  92243 ____
    *Street*                                    *City*         *State*   *Zip*

Mailing address *(if different):* _____
    *Street*                                    *City*         *State*   *Zip*

**If more than one plaintiff, list next plaintiff here:**

Name: _____   Phone: _____

Street address: _____
    *Street*                                    *City*         *State*   *Zip*

Mailing address *(if different):* _____
    *Street*                                    *City*         *State*   *Zip*

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

**(2)** **The defendant (the person, business, or public entity being sued) is:**

Name: The Automobile Club of Southern California (and d/b/as) _____   Phone: _____

Street address:  2601 S. Figueroa St. A _____   Los Angeles ____  CA ____  90007 ____
    *Street*                                    *City*         *State*   *Zip*

Mailing address *(if different):* _____
    *Street*                                    *City*         *State*   *Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Gail C. Louis _____   Job title, if known: _____

Address: 3333 Fairview Road A451 _____   Costa Mesa ____  CA ____  92626 ____
    *Street*                                    *City*         *State*   *Zip*

☐ *Check here if your case is against more than one defendant, and attach form SC-100A.*
☐ *Check here if any defendant is on active military duty, and write his or her name here:* _____

**(3)** **The plaintiff claims the defendant owes $ 10,000 _____ . *(Explain below):***

a.  Why does the defendant owe the plaintiff money?
   Jurisdictional maximum.  Willful violations of Telephone Consumer Protection Act (42 USC 227 et. seq.) and applicable anti-spam laws (Cal. Bus & Prof. Code 17529 et. seq.)

   When did this happen? *(Date):* _____

b.  If no specific date, give the time period:  *Date started:* March 2018     *Through:* June 2018

c.  How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
   Statutory damages.

☐ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2017        **Plaintiff's Claim and ORDER to Go to Small Claims Court**        SC-100, Page 2 of 5
                                        **(Small Claims)**                                        →

EXHIBIT A

Plaintiff *(list names):*
Darren Bean

Case Number:

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☒ Yes   ☐ No   If no, explain why not: _____
_____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
a. ☒ (1) Where the defendant lives or does business.
    (2) Where the plaintiff's property was damaged.
    (3) Where the plaintiff was injured.
    (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ Code, § 2984.4.)*
e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 92243

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes  ☒ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes  ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☒ No  *If yes, the filing fee for this case will be higher.*

⑩ **Is your claim for more than $2,500?**  ☒ Yes  ☐ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**
I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 12/31/18    Darren Bean    ▶ _____
                  *Plaintiff types or prints name here*    *Plaintiff signs here*

Date: _____    _____    ▶ _____
                  *Second plaintiff types or prints name here*    *Second plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

EXHIBIT A

# SC-100 Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/ Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible if your court has a court-provided interpreter available and how to request one. A court-provided interpreter may not be available. Alternatively, you may bring an adult who is not a witness or an attorney to interpret for you or ask the court for a list of interpreters for hire.

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www. courts.ca.gov/smallclaims/forms.*

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal.* You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment.*

- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/ smallclaims/appeals.*

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal,* with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for more than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court and relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled "Small Claims Court."

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

---

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

EXHIBIT A

## SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $10,000 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $10,000. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $5,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en www.courts.ca.gov/reclamosmenores/preparese.

**¿Qué hago si necesito una adaptación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, Request for Accomodations. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Pregúntele al secretario de la corte lo más pronto posible si en el juzgado habrá un intérprete disponible y cómo solicitarlo. No siempre están disponibles los intérpretes de la corte. Otra opción es llevar a un adulto que pueda interpretar para usted siempre que esa persona no sea un testigo ni un abogado. O puede pedir a la corte una lista de intérpretes particulares disponibles para contratar.

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/ smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

• Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).

• Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www. courts.ca.gov/reclamosmenores/apelaciones*.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

• Resolver su caso antes del juicio. Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso, el Demandante tiene que presentar el formulario CIV-110, Solicitud de desestimación (Request for Dismissal) ante el secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

• Probar que es la corte equivocada. Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo.Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

• Ir al juicio y tratar de ganar el caso. Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.

• Demandar a la persona que lo demandó. Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".

• Aceptar el reclamo del Demandante y pagar el dinero. O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

• No ir al juicio y aceptar el fallo por falta de comparecencia. Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que usted está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

• No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o

• No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o

• Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O visite *www.courts.ca.gov/reclamosmenores/asesores*.

* Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el  Código de Procedimiento Civil, sección 116.220 (c).)

Revised January 1, 2017

**Reclamo del Demandante y ORDEN**
**Para Ir a la Corte de Reclamos Menores**
**(Reclamos Menores)**

SC-100, Page 5 of 5

EXHIBIT A

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF ORANGE | ) |

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: 3333 Fairview Road, A451, Costa Mesa, California 92626.

On February 11, 2019, I served the within documents entitled **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441 [FEDERAL QUESTION JURISDICTION]** on all interested parties in this action.

[X]   by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Darren Bean
1770 W. Olive, Apt. 8
El Centro, CA 92243
(520) 204-0825

[X]   MAIL - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[  ]   BY FACSIMILE – By faxing a true and correct copy of the attached document(s) to the person(s) listed above at the facsimile numbers listed above.

[X]   STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[  ]   FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2019, at Costa Mesa, California.


_____/s Nicole Fuller_____
Nicole Fuller